# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOUTH CENTRAL PENNSYLVANIA CONSERVANCY, : : Plaintiff, : : v. : : RED LION PUBLIC SCHOOLS *et al.*, : : Defendants. : | CIVIL ACTION NO. 23-1378 |

## ORDER

**AND NOW**, this 2nd day of August, 2023, upon consideration of Plaintiff's *Motion to Dismiss Without Prejudice* (ECF No. 37), this Court will construe that Motion as a notice of voluntary dismissal without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and the Clerk of Court is therefore **ORDERED** to mark this case as closed.

**BY THE COURT:**

 */s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**